STATE OF NORTH CAROLINA v. GEORGE PARROTT

No. 7315SC187

(Filed 31 January 1973)

**Criminal Law § 146—appeal from guilty plea**

Where defendant pled guilty to assaulting a public officer while the officer was attempting to discharge a duty of his office, the only question presented on appeal was whether error appeared on the face of the record proper.

State v. Parrott

ON *Certiorari* to review judgment of *Godwin, Judge,* entered at the 12 June 1972 Session of Superior Court held in ALAMANCE County.

Defendant was charged by warrant with assault on a public officer while such officer was attempting to discharge a duty of his office, a violation of G.S. 14-33(c)(4). In the district court he was tried, convicted and sentenced. On appeal to superior court, he tendered a plea of guilty. Before accepting the plea, the trial judge questioned defendant and defendant signed and swore to a written transcript of the plea. Thereupon the trial judge entered an order making findings of fact as to the circumstances under which the plea was entered and adjudicating that defendant's plea of guilty was freely, understandingly and voluntarily made. From judgment imposing prison sentence of 12 months, defendant gave notice of appeal. This Court subsequently granted his petition for certiorari to perfect his appeal. Having been found to be indigent, defendant was represented in district court, in the superior court, and in this Court, by court-appointed counsel.

*Attorney General Robert Morgan by Associate Attorney George W. Boylan for the State.*

*John H. Snyder for defendant.*

PARKER, Judge.

Defendant having pled guilty, the sole question presented is whether error appears on the face of the record proper. *State v. Roberts,* 279 N.C. 500, 183 S.E. 2d 647. We have carefully examined the record, and no error appears. The judgment of the superior court is

Affirmed.

Judges BRITT and VAUGHN concur.